

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID 100009504740663 THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK | MJ 17-35-BLG-TJC<br><br>ORDER OF NONDISCLOSURE FOR FACEBOOK<br><br>*UNDER SEAL* |

Based on motion of the United States and good cause appearing, IT IS HEREBY ORDERED that Facebook, is prohibited from disclosing to any person the existence of the search warrant or court order related to the above account for a period of 60 days.

DATED this 26 day of April, 2017.

Timothy J. Cavan
United States Magistrate Judge